UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NPG, LLC d/b/a WELLNESS CONNECTION and HIGH STREET CAPITAL PARTNERS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF PORTLAND,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Docket No. 2:20-cv-00208-NT<br>)<br>) |

**JOINT MOTION TO CONTINUE STAY**

The parties move jointly to extend the stay in this case by 30 days, until December 4, 2020:

On the parties' joint motion, the Court stayed this case until November 4, 2020 in order to give the Portland City Council time to amend its marijuana licensing ordinance and remove the two challenged residency-related criteria. On October 19, 2020 the City Council voted to amend the ordinance, eliminate the licensing matrix, and issue retail cannabis licenses to all qualified applicants that had submitted applications before September 1, 2020. Once this amendment takes effect, the parties agree that this lawsuit will be moot and should be dismissed. The parties anticipate that the ordinance will take effect by November 18, 2020 and tentative approvals will be issued shortly thereafter. Until this occurs, the parties agree that this lawsuit should remain stayed. They therefore ask the Court to extend the stay 30 days, until December 4, 2020.

Dated: November 4, 2020

/s/Anne M. Torregrossa
Anne M. Torregrossa, Bar No. 4374
Danielle West-Chuhta, Bar No. 9532
CITY OF PORTLAND
389 Congress Street, Rm 211
Portland, Maine 04101
atorregrossa@portlandmaine.gov

1

16227486.1

dwchuhta@portlandmaine.gov
(207) 874-8480
(207) 874-8497 (Fax)

*Attorneys for the City of Portland*

/s/Matthew Warner
Matthew Warner, Maine Bar No. 4823
Alexandra Harriman, Maine Bar No. 6172
Preti Flaherty Beliveau & Pachios LLP
One City Center P.O. Box 9546 Portland,
ME 04112-9546 207.791.3000
mwarner@preti.com
aharriman@preti.com

*Attorneys for NPG, LLC d/b/a Wellness Connection*

/s/Michael D. Traister
Michael D. Traister, Esq.
Murray Plumb & Murray, P.A.
75 Pearl Street, P.O. Box 9785
Portland, ME 04101-5085 207.773.5651
mtraister@mpmlaw.com

Thomas O'Rourke (PA 308233)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
215.665.5585
tmorourke@cozen.com
*Pro hac vice application forthcoming*

*Attorneys for High Street Capital Partners, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, I have electronically filed the Joint Motion to Continue Stay, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Matthew Warner
Matthew Warner, Maine Bar No. 4823
Alexandra Harriman, Maine Bar No. 6172

2

16227486.1

Preti Flaherty Beliveau & Pachios LLP
One City Center P.O. Box 9546 Portland, ME 04112-9546 207.791.3000
mwarner@preti.com
aharriman@preti.com

*Attorneys for NPG, LLC d/b/a Wellness Connection*