# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NPG, LLC d/b/a WELLNESS CONNECTION and HIGH STREET CAPITAL PARTNERS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF PORTLAND, <br><br> Defendant. | Docket No. 2:20-cv-00208-NT |

## STIPULATION OF DISMISSAL

The City of Portland has amended its city code to eliminate the ordinance provisions challenged by Plaintiffs in this lawsuit. Because those provisions are no longer effective, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that all claims are dismissed without fees and without costs.

December 13, 2020

                                                /s/ Matthew Warner
                                                Matthew Warner
                                                Alexandra Harriman

                                                Preti Flaherty Beliveau & Pachios LLP
                                                One City Center
                                                P.O. Box 9546
                                                Portland, ME 04112-9546
                                                207.791.3000
                                                mwarner@preti.com
                                                jmermin@preti.com

                                                Attorneys for NPG, LLC d/b/a
                                                Wellness Connection

                                              /s/ Michael D. Traister
                                                Michael D. Traister, Esq.
                                                Murray Plumb & Murray, P.A.
                                                75 Pearl Street, P.O. Box 9785

Portland, ME 04101-5085
207.773.5651
mtraister@mpmlaw.com

Thomas O'Rourke (PA 308233)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
215-665-5585
tmorourke@cozen.com


Attorneys for Wellness and Pain Management Connection, LLC



/s/Anne M. Torregrossa
Anne M. Torregrossa, Bar No. 4374
Danielle West-Chuhta, Bar No. 9532
CITY OF PORTLAND
389 Congress Street, Rm 211
Portland, Maine 04101
atorregrossa@portlandmaine.gov
dwchuhta@portlandmaine.gov
(207) 874-8480
(207) 874-8497 (Fax)

Attorneys for the City of Portland



**CERTIFICATE OF SERVICE**

I hereby certify that on <u>December 13, 2020</u>, I have electronically filed Stipulation of Dismissal, using the CM/ECF system, which will send notification of such filing to the counsel of record.

/s/ Matthew Warner
Matthew Warner

Preti Flaherty Beliveau & Pachios LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
207.791.3000
mwarner@preti.com

2